Certificate Number: 15111-ILN-DE-028141367

Bankruptcy Case Number: 16-24111



15111-ILN-DE-028141367

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 30, 2016</u>, at <u>2:37</u> o'clock <u>PM EDT</u>, <u>Stuart Jamesse</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:   <u>September 30, 2016</u>

By:   <u>/s/Tiffany Windish for Ryan McDonough</u>

Name:   <u>Ryan McDonough</u>

Title:   <u>Executive Director of Education</u>